# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | |
|---|---|
| In re the Detention of A.S., | ) |
| | ) No. 79980-1-I |
| STATE OF WASHINGTON, | ) |
| | ) |
| Respondent, | ) |
| | ) UNPUBLISHED OPINION |
| vs. | ) |
| | ) |
| A.S., | ) |
| Appellant. | ) FILED: NOV 1 8 2019 |
| | ) |

PER CURIAM — A.S. appeals a 14-day civil commitment order, arguing that there is insufficient evidence supporting the court's finding that she presented a likelihood of serious harm to herself under RCW 71.05.020(35)(a). The State concedes the evidence was insufficient and ask us to vacate the commitment order and remand "for entry of a further order . . . consistent with this opinion." We accept the concession of error and remand for further proceedings consistent with this opinion.

FOR THE COURT: